# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.  2020 CW 1179

VERSUS

TEXAS BRINE COMPANY, LLC

**MARCH 15, 2021**

In Re:    Occidental Chemical Corporation, OXY USA, Inc., and Occidental Petroleum Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34265.

**BEFORE:   McDONALD, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's denial of Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s, motion to stay pending the arbitration panel's determination of arbitrability of all claims asserted between Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY USA, Inc., and Texas Brine Company, LLC is reversed, and Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s, motion to stay pending the arbitration panel's determination of arbitrability of all claims is granted. **Pontchartrain Natural Gas System v. Texas Brine Company, LLC,** 2018-1249 (La. App. 1st Cir. 12/30/20), ___ So.3d ___, 2020 WL 7770465. All causes of action asserted in this action between Texas Brine Company, LLC, Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc. are hereby stayed pending a determination of arbitrability of the claims between these parties by the arbitration panel and the arbitration of the claims subject thereto. See **Assumption Parish Police Jury v. Texas Brine Company, LLC,** 2018-0364 (La. App. 1st Cir. 3/19/19), 2019 WL 1306141 (unpublished), writ denied, 2019-00958 (La. 9/24/19), 279 So.3d 936.

**JMM**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT